AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SUBJECT PARCEL AS DESCRIBED IN ATTACHMENT A TO AFFIDAVIT OF USPIS TFO HEATH DATED DECEMBER 03, 2024

Case No. 6:25cr14

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

located in the _____ District of _____South Carolina_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B which is attached hereto to the affidavit for a search warrant and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1), 843(b) & 846 | Possession with intent to distribute controlled substances, use of communication facility (US Mail) in the commission of a felony, Conspiracy |

The application is based on these facts:
See Affidavit attached hereto for a search warrant and incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

J. Scott Heath, USPIS TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/4/24

_____
Judge's signature

City and state: Greenville, South Carolina

William S. Brown, US Magistrate Judge
*Printed name and title*